# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-T | 9668943 | SCHWENCKE | 5446 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 12/16/2020 2049
**Offense Charged:** ☒ USC
18 USC 113(4)

**Place of Offense:** 1107-C DELA GARZA ST, SAN CLEMENTE CA 92672

**Offense Description: Factual Basis for Charge**
18 USC 113(4) ASSAULT BY STRIKING, BEATING, OR WOUNDING

### DEFENDANT INFORMATION

**Last Name:** NUNEZ
**First Name:** ANISSA
**MI:** M

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
**Court Address:** 221 WEST BROADWAY, SAN DIEGO CA 92101

X Defendant Signature: [signature]

Original - CVB Copy
CCN: 20-03879
*9668943* ENCLOSURE (1)

---

(For issuance of an arrest warrant or summons)

I state that on 16 DEC, 20 20 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHMENT

**The foregoing statement is based upon:**
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 12/16/2020   [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved
CDL = Commercial drivers license